briefs by February fifteenth. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

JEREMIAH McCARTHY, Respondent, Appellant, v. THE CITY OF OSWEGO, Respondent, and THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Appeal dismissed, unless appellant shall file and serve the printed papers and printed briefs by February fifteenth. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

BARNEY BAKER, Respondent, v. G. H. POPPENBERG, INC., Impleaded with Another, Appellant.— Appeal dismissed, unless appellant shall file and serve the printed papers and printed briefs by February twentieth. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

EXLER-BAKER MOTOR CORPORATION, Respondent, v. G. H. POPPENBERG, INC., Impleaded with Another, Appellant.— Appeal dismissed, unless appellant shall file and serve the printed papers and printed briefs by February twentieth. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

DOMINICK DI NOTO, Appellant, v. INDUSTRIAL FIRE INSURANCE COMPANY OF AKRON, OHIO, Respondent.— Appeal dismissed for failure of appellant to comply with terms of order entered September 22, 1930. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

THE TRIBUNE COMPANY, Respondent, v. DAVID A. HOAG, Appellant.— Appeal dismissed, without costs of this appeal to either party, the cause of action alleged in the counterclaim having abated by the death of the defendant. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

WILLIAM F. MEYER, Respondent, v. ROBERT L. LEWIS, Doing Business under the Firm Name and Style of "LAFAYETTE SALES COMPANY," Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide the event. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM LYNCH, Appellant.— Judgment of conviction affirmed. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

FANNIE M. MEIGS, Respondent, v. GRACE CODY and Others, Defendants. LEWIS E. BARNETT, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ. [139 Misc. 94.]

BERTRAM E. WILSON, Respondent, v. NEW YORK RAILWAYS CORPORATION and GENERAL TAXI CORPORATION, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

FRED MEINHART, Plaintiff, v. JOSEPH CONTRESTA, as Vice-President, etc., of United Shoe Workers of America, and Others, Defendants.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendants upon the nonsuit, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

FRANK L. WOODS and Others, Respondents, v. C. E. MILLS OIL COMPANY, Appellant.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted, without costs to the extent of requiring the plaintiffs to state in the bill of particulars the names of the persons with whom